No. 76–361. D. I. Z. LIVESTOCK CO. ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 76–365. SLOAN ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–367. FAULKNER *v.* UNITED STATES;
No. 76–369. WELLS *v.* UNITED STATES; and
No. 76–5354. MCCLANAHAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–435. F. W. WOOLWORTH CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 76–438. LIPKOWITZ ET AL., EXECUTORS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 76–442. UNITED STATES FIDELITY & GUARANTY CO. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 4th Cir. Certiorari denied.

No. 76–452. KEY ET AL. *v.* KEADY, U. S. DISTRICT JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–453. NEW HAMPSHIRE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–455. GILLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–456. O'LOONEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–464. SHREIBER ET AL. *v.* UNITED INDUSTRIAL CORP. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.